# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

Marilyn Kelly,
Chief Justice

138024

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DONALD DALE LOKKEN,
      Defendant-Appellant.

SC: 138024
COA: 288275
Tuscola CC: 05-009504-FH;
05-009505-FH; 05-009506-FH

_____/

      On order of the Court, the application for leave to appeal the November 18, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

Clerk

s0921